**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| NAJA GIBBONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV426-151 |
| | ) | |
| NEXT LEVEL REFRESH HOLDINGS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Naja Gibbons and Defendant Next Level Refresh Holdings, LLC, f/ka Naturals2Go Plus Holdings, LLC, jointly move to stay discovery in this case pending an anticipated mediation. Doc. 27. The Court has "broad discretion" in determining whether to grant a stay of discovery. *Rivas v. The Bank of New York Mellon*, 676 F. App'x 926, 932 (11th Cir. 2017); *see also Phipps v. Blakeney*, 8 F.3d 788, 790 (11th Cir. 1993) ("The district court has broad discretion to control discovery."). The parties have demonstrated good cause for their requested stay. Their Joint Motion to Stay Proceedings is, therefore, **GRANTED**. Doc. 27. Accordingly, all deadlines in this case, including the deadline for Defendant to respond to Plaintiff's Amended Complaint, doc. 26, are

**STAYED** until November 9, 2026. The parties are **DIRECTED** to notify the Court of the outcome of their mediation by that date. If the case has not resolved, Defendant's responsive pleading is due by November 16, 2026.

**SO ORDERED**, this 9th day of September, 2026.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA